**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 328 MAL 2023

            Respondent    :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

            v.                  :

                                   :

WAVERLY WINSTON,                  :

                                   :

            Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.